OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵

JAN 29 2015

PITNEY BOWES

1/26/2015

GARCIA, RUBEN    Tr. Ct. No. C-371-010271-1321564-A    WR-82,768-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RUBEN GARCIA
TERRELL UNIT - TDC # 1902617
1300 FM 655
ROSHARON, TX 77583                    REF

1EBN3B 77583